

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-49,248-05

### EX PARTE ROY SANCHEZ, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 18-01736-CRF-361-B IN THE 361ST DISTRICT COURT
### FROM BRAZOS COUNTY

*Per curiam*.

## O P I N I O N

Applicant was convicted of two counts of sexual assault of a child and sentenced to forty-eight years' imprisonment for each count. The Tenth Court of Appeals affirmed his conviction. *Sanchez v. State*, No. 10-22-00276-CR (Tex. App.—Waco Nov. 30, 2023) (not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that appellate counsel failed to timely inform Applicant that his conviction had been affirmed and advise him of his right to file a *pro se* petition for discretionary review by sending the notice to the incorrect address. Based on the record, Applicant is entitled to relief due to a "breakdown in the system." *Ex parte Riley*, 193 S.W.3d 900 (Tex. Crim. App. 2006).

Relief is granted. Applicant may file an out-of-time petition for discretionary review of the judgment of the Tenth Court of Appeals in cause number 10-22-00276-CR. Should Applicant decide to file a petition for discretionary review, he must file it with this Court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered:        September 18, 2024
Do not publish